# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 29, 2019

## NO.  03-19-00495-CV

**Ashley Pollard, As Next Friend of B. M., A Minor Child; Nicole Elliot, As Next Friend of R. M. & J. M., Minor Children; and Darrell R. Mooney, as Administrator of The Estate of Jordan Daniel Mooney, Deceased, Appellants**

**v.**

**Texas Department of Public Safety, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on July 5, 2019.  Having reviewed the record, the Court holds that Ashley Pollard, As Next Friend of B. M., A Minor Child; Nicole Elliot, As Next Friend of R. M. & J. M., Minor Children; and Darrell R. Mooney, as Administrator of The Estate of Jordan Daniel Mooney, Deceased have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.